FILED
CHARLOTTE, N. C.

IN RE: Adoption of Employment Dispute )
Resolution Plan )
)
)
_____ )

AUG - 6 1998

ORDER  U. S. DISTRICT COURT
W. DIST. OF N. C.

3:98mc 74-mu

The judges of the court have reviewed the Model Employment Dispute Resolution Plan as adopted by the Judicial Conference of the United States on March 11, 1997, and agree that the Plan should be adopted by this court.

NOW, THEREFORE, IT IS ORDERED:

(1) The Model Employment Dispute Resolution Plan adopted by the Judicial Conference of the United States in March 1997, as attached hereto is adopted by this Court.

(2) Mr. Frank G. Johns, Clerk of Court for the United States District Court is designated as the Employment Dispute Resolution Coordinator for the United States District Court, Western District of North Carolina with the exception of the United States Probation and Pretrial Office.

(3) Mr. Larry P. Wiley, Chief United States Probation Officer, or his designee, is designated as the Employment Dispute Resolution Coordinator for the United States Probation and Pretrial Office of the Western District of North Carolina.

(4) Ms. Geraldine Treutelaar Crockett, Clerk for the United States Bankruptcy Court, or her designee, is designated as the Employment Dispute Resolution Coordinator for the United States Bankruptcy Court for the Western District of North Carolina.

(5) Mr. Frank Johns shall submit a copy of this order with a copy of the attached Plan to Mr. Maurice White, Chief, Employee Relations and Training Division, Administrative Office of the U.S. Courts and to Mr. Samuel W. Phillips, Circuit Executive for the Fourth Circuit.

This _17th_ day of _July_, 1998

George R. Hodges, Chief Judge
U.S. Bankruptcy Court

Graham C. Mullen, Chief Judge
U.S. District Court

J. Craig Whitley, Bankruptcy Judge

Richard L. Voorhees, District Judge

_____ District Judge