UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
3:98 MC 74-Mu

**FILED**
CHARLOTTE, N. C.

MAR - 4 2003

U. S. DISTRICT COURT
W. DIST. OF N. C.

IN RE: Amendments to the Employment Dispute Resolution Plan

**ORDER**

The judges of the court have reviewed the Model Employment Dispute Resolution Plan as adopted by the court on August 6, 1998, as directed by the Judicial Conference of the United States on March 11, 1997. The judges agree that the Plan should be amended by this court.

NOW, THEREFORE, IT IS ORDERED:

(1) The Model Employment Dispute Resolution Plan adopted by this court on August 6, 1998, is hereby amended and is attached hereto.

(2) Mr. Frank G. Johns, Clerk of Court for the United States District Court is directed to forward a copy of this Order and amended Plan to the Fourth Circuit Judicial Council for their approval.

(3) Mr. Frank G. Johns, Clerk of Court for the United States District Court; Ms. Geraldine Treutelaar Crockett, Clerk for the United States Bankruptcy Court; and Mr. Larry P. Wiley, Chief United States Probation Officer are to provide ALL court appointed employees with a copy of this Order and amended Plan upon approval of the amended Plan by the Fourth Circuit Judicial Council.

(4) Mr. Frank G. Johns shall submit a copy of this Order and the amended Plan to Mr. Maurice White, Chief, Employee Relations and Training Division, Administrative Office of the U.S. Courts and to Mr. Samuel W. Phillips, Circuit Executive for the Fourth Circuit.

This 26th day of February, 2003.

George R. Hodges, Chief Judge
U.S. Bankruptcy Court

Graham C. Mullen, Chief Judge
U.S. District Court

J. Craig Whitley, Bankruptcy Judge

Richard L. Voorhees, District Judge

Lacy H. Thornburg, District Judge