# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA

IN RE: Adoption of Employment Dispute
Resolution Plan

FILED
CHARLOTTE, N. C.
MAR 1 2 2007
U. S. DISTRICT COURT
W. DIST. OF N. C.

## Order:  3:98 MC 74

The judges of this court have adopted a Model Employment Dispute Resolution Plan on March 11, 1997, and having adopted that Plan the following Order is adopted to continue to effectuate the Plan.

### NOW, THEREFORE, IT IS ORDERED:

(1) The Model Employment Dispute Resolution Plan adopted by the Judicial Conference of the United States in March 1997, as attached hereto is adopted by this Court.

(2) Mr. Frank Johns, Clerk of Court for the United States District Court is designated as the Employment Dispute Resolution Coordinator for the United States District Court, Western District of North Carolina with the exception of the United States Probation and Pretrial Office.

(3) Mr. Greg Forest, Chief United States Probation Officer, or his designee, is designated as the Employment Dispute Resolution Coordinator for the United States Probation and Pretrial Office of the Western District of North Carolina.

(4) Mr. David Weich, Clerk for the United States Bankruptcy Court, or his designee, is designated as the Employment Dispute Resolution Coordinator for the United States Bankruptcy Court for the Western District of North Carolina.

(5) Mr. Frank Johns shall submit a copy of this Order to Ms. Trudi Michelle Morrison, Chief, Fair Employment Practices, Administrative Office of the United States Courts and to Mr. Samuel W. Phillips, Circuit Executive for the Fourth Circuit.

This _30_ day of January, 2007.

_signature_
Robert J. Conrad, Jr., Chief
U.S. District Judge

_signature_
Lacy H. Thornburg, District Judge

_signature_
Graham C. Mullen, Senior Judge

_signature_
George R. Hodges, Bankruptcy Judge

_signature_
Richard L. Voorhees, District Judge

_signature_
Frank D. Whitney, District Judge

_signature_
J. Craig Whitley, Chief
U.S. Bankruptcy Judge