FILED
CHARLOTTE, NC

MAY 17 2011

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA

IN RE: Adoption of Amended Employment Dispute
Resolution Plan

Order: 3:98 MC 74

This matter is before the Court on its own motion to establish the Employment Dispute Resolution Plan Coordinators for the Western District of North Carolina.

**NOW, THEREFORE, IT IS ORDERED:**

The Model Employment Dispute Resolution Plan (Plan) adopted by the Judicial Conference of the United States in March 1997, and as amended March 16, 2010, has been adopted by this Court. This Order designates the Employment Dispute Resolution Coordinators for the Western District of North Carolina.

(1) Mr. Frank Johns, Clerk of Court for the United States District Court, or his designee or successor, is designated as the Employment Dispute Resolution Coordinator for the United States District Court, Western District of North Carolina with the exception of the United States Probation and Pretrial Office.

(2) Mr. Greg Forest, Chief United States Probation Officer, or his designee or successor, is designated as the Employment Dispute Resolution Coordinator for the United States Probation and Pretrial Office of the Western District of North Carolina.

(3) Mr. Steven T. Salata, Clerk for the United States Bankruptcy Court, or his designee or successor, is designated as the Employment Dispute Resolution Coordinator for the United States Bankruptcy Court for the Western District of North Carolina.

It is further ORDERED that Mr. Frank Johns shall submit a copy of this Order to the Chief, Fair Employment Practices, Administrative Office of the United States Courts and to Mr. Samuel W. Phillips, Circuit Executive for the Fourth Circuit.

This 17th day of May, 2011.

Robert J. Conrad, Jr., Chief
U.S. District Judge

Frank D. Whitney
U.S. District Judge

Graham C. Mullen, Senior
U.S. District Judge

Richard L. Voorhees,
U.S. District Judge

Martin Reidinger
U.S. District Judge

Craig Whitley, Chief
U.S. Bankruptcy Judge