FILED
CHARLOTTE, NC

JAN 3 0 2014

US District Court
Western District of NC

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
3:98 MC 74

IN RE: Amendments to the Employment Dispute Resolution Plan

## ORDER

The Judicial Conference of the United States amended the Model Employment Dispute Resolution Plan (Plan) on September 11, 2012, to include Whistleblower Protection as a separate Chapter in the Plan. Accordingly, this required the United States District Court for the Western District of North Carolina to amend its local Plan.

The judges agree that the local Plan needs amended at this time in order to comply with Judicial Conference Policy.

NOW, THEREFORE, IT IS ORDERED: the Model Employment Dispute Resolution Plan adopted by this court on August 6, 1998, is hereby amended and is attached hereto. Additionally, it is HEREBY ORDERED that:

I.       Mr. Frank G. Johns, Clerk of Court for the United States District Court is directed to forward a copy of this Order and amended Plan to the Fourth Circuit Judicial Council for their approval and provide a copy to the Administrative Office of U.S. Courts.

II.      Mr. Frank G. Johns, Clerk of Court for the United States District Court or his successor; Mr. Steve Salata, Clerk of Court for the United States Bankruptcy Court or his successor; and Mr. Greg Forest, Chief United States Probation Officer or his successor are to provide ALL court appointed employees with a copy of this Order and amended Plan upon approval of the amended Plan by the Fourth Circuit Judicial Council.

A.      Mr. Frank G. Johns, Clerk of Court for the United States District Court or his successor; Mr. Steve Salata, Clerk of Court for the United States Bankruptcy Court or his successor; and Mr. Greg Forest, Chief United States Probation Officer or his successor are designated as the Employment Dispute Resolution Coordinators for the perspective court units.

SO ORDERED, this 16th day of January, 2014.

Robert J. Conrad, Jr.
United States District Court Judge

Richard L. Voorhees
United States District Judge

Martin Reidinger
United States District Judge

Frank D. Whitney, Chief
United States District Judge

Max O Cogburn, Jr
United States District Judge

Graham C. Mullen, Senior
United States District Judge

Laura T. Beyer, Chief
U.S. Bankruptcy Judge

Craig Whitley
U.S. Bankruptcy Judge