# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA

IN RE: Adoption of Amended Employment Dispute
Resolution Plan

Order: 3:98-MC-74

FILED
STATESVILLE, NC
JAN 18 2019
U.S. District Court
Western District of N.C.

This matter is before the Court on its own motion to establish the Employment Dispute Resolution Plan Coordinator for the Western District of North Carolina.

**NOW, THEREFORE, IT IS ORDERED:**

The Model Employment Dispute Resolution Plan (Plan) adopted by the Judicial Conference of the United States in March 1997, and as amended March 16, 2010, and September 2018, by the Judicial Conference is hereby adopted by this Court with some revisions. This Order also designates the Employment Dispute Resolution Coordinator for the Western District of North Carolina.

(1) Ms. Erica Petri, Staff Attorney for the U.S. District Court, is designated as the Employment Dispute Resolution Coordinator for the United States District Court, Western District of North Carolina.

(2) Ms. Erica Petri, Staff Attorney for the U.S. District Court, is designated as the Employment Dispute Resolution Coordinator for the United States Probation and Pretrial Office of the Western District of North Carolina.

(3) Ms. Erica Petri, Staff Attorney for the U.S. District Court, is designated as the Employment Dispute Resolution Coordinator for the United States Bankruptcy Court for the Western District of North Carolina.

It is further ORDERED that Mr. Frank Johns, Clerk of the U.S. District Court shall submit a copy of this Order to the Chief, Fair Employment Practices, Administrative Office of the United States Courts and to Mr. James Ishida, Circuit Executive for the Fourth
Circuit.

This 18th day of January, 2019.

_____  _____
Robert J. Conrad, Jr.              Richard L. Voorhees, Senior
U.S. District Judge                U.S. District Judge

_____  _____
Frank D. Whitney, Chief            Martin Reidinger
U.S. District Judge                U.S. District Judge

_____  _____
Graham C. Mullen, Senior           Max O. Cogburn
U.S. District Judge                U.S. District Judge

_____  _____
J. Craig Whitley                   Laura Turner Beyer, Chief
U.S. Bankruptcy Judge              U.S. Bankruptcy Judge